**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00868-CV

### DON A. MITCHELL, Appellant

### V.

### FREESE & GOSS, PLLC, RICHARD A. FREESE, TIM K. GOSS, SHELIA M. BOSSIER, DENNIS C. SWEET, AND SWEET & FREESE, PLLC., Appellees

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-08251

## ORDER

We **GRANT** appellees' September 30, 2015 unopposed motion for an extension of time to file a brief. Appellees shall file a brief by **NOVEMBER 4, 2015**. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE